UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENDALE L. WISE, | : | |
| Petitioner | : | CIVIL ACTION NO. 3:12-1360 |
| v. | : | (JUDGE MANNION) |
| GERALD L. ROZUM, et al., | : | |
| Respondents | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Respondents' motion to dismiss the petition as untimely, (Doc. No. 37), is **GRANTED**.

2. The above captioned petition for writ of habeas corpus is **DISMISSED** as untimely under the statute of limitations. See 28 U.S.C. §2244(d).

3. Petitioner's motion for "extension of time to modify the instant petition," (Doc. No. 38), is **DISMISSED** as moot.

4. Petitioner's "Motion for Stay and Abeyance," (Doc. No. 42), is **DENIED**.

5. The Clerk of Court is directed to **CLOSE** this case.

6. There is no basis for the issuance of a Certificate of Appealability. See 28 U.S.C. §2253(c).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: October 28, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2012 MEMORANDA\12-1360-01-ORDER.wpd

1